*Sent incorrect in portal* (handwritten)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New Orleans Field Office**
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/31/2025

**To:** Heather R. Wilder
7324 Menlo Drive Apt. # 8
BATON ROUGE, LA 70808
Charge No: 461-2024-02253

EEOC Representative and email:    CHARLOTTE DAVIS
INVESTIGATOR
CHARLOTTE.DAVIS@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2024-02253

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
07/31/2025

Michael Kirkland
Director

**Cc:**
Benjamin Chapman
6160 PERKINS RD STE 225
Baton Rouge, LA 70808

John Wells
LA INSURANCE GUARANTY ASSOCIATION
2142 Quail Run Drive
Baton Rouge, LA 70808

Please retain this Notice for your records.



4:24 ☾

5 Messages
**EEOC 461-...**  ∧ ∨

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

As I prepared to file my suit before the shutdown, the notice of right to sue was not for my case. It was for a completely different case. Please advise me as to wat to do? I know with the government opening back, things may be delayed.

Thank you and I look for your response,

Whitney Gibson
From my iPhone

Email
Sent
Before
shutdown
and
reply Afer

 ★ **CHARLOTTE DAVIS**    12/1/25
To: A Gibson >



A copy of the initial Notice of Right to Sue is attached.

Thanks,

*Charlotte D. Davis*
*Senior Federal Investigator*
*EEOC New Orleans Field Office*
*500 Poydras Street, Suite 809*
*New Orleans, LA 70130*
*(504) 635-2543 phone*
*(504) 595-2884 fax*
*charlotte.davis@eeoc.gov*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New Orleans Field Office**
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/31/2025

**To:** Ms. Whitney N. Gibson
1018 N Rendon St
NEW ORLEANS, LA 70119
Charge No: 461-2025-01561

EEOC Representative and email:     CHARLOTTE DAVIS
INVESTIGATOR
CHARLOTTE.DAVIS@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2025-01561

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
07/31/2025

Michael Kirkland
Director

**Cc:**
NA NA
Women with a vision
4157 Saint Louis St
NEW ORLEANS, LA 70119

Shaquita Borden
WOMEN WITH A VISION
2030 Oretha Castle Haley Blvd.
New Orleans, LA 70113


Please retain this Notice for your records.