EEOC No. 461-2025-01561 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 461-2025-01561 |
| Louisiana Commission On Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Whitney N. Gibson

Phone No.:         (504) 256-2296
Year of Birth:       1988
Mailing Address: 1018 N Rendon St
NEW ORLEANS, LA 70119

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: WOMEN WITH A VISION
No. Employees, Members: 15 - 100 Employees
Phone No.: (504) 301-0428
Mailing Address: 2028 Oretha Castle Haley
NEW ORLEANS, LA 70113, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 06/15/2024
Latest: 11/18/2024

THE PARTICULARS ARE:

I began my employment with the above listed Respondent in March 2023 most recently as a Program Manager. During my employment I was denied reasonable accommodations by Pearl Ricks (Executive Director Reproductive Justice Action). On November 18, 2024, I was discharged. II.After I was hired, I requested that all assignments be in writing, and flexibility with coming into the office due to my medical condition. I further requested assistance with heavy lifting. July 2024 based on my requested accommodations was approved an iPad and an ergonomic office chair. The iPad was not given to me until 6 weeks post-delivery while I was reprimanded for not completing the work I could only do with my accommodations being met. The accommodations were only followed a few weeks at most. All of this was verbally approved in 2024. I spoke to Shaquita Borden to let her know that my accommodation was not being met and she recommended I put them in writing. In October 2024, I submitted a written request for accommodation and shortly after that I received an email stating that my hours would be reduced from 40 hours a week to 15 hours a week by Pearl Ricks. After I contacted Shaquita again, she stated that she didn't know what else she could do because I was a contract employee. There was no contract. In October 2024, Pearl blocked me from all communication. After multiple failed to contact anyone at REJAC I contacted Shaquita regarding my inability to contact anyone and was notified that I had to return the property of Reproductive Justice Action. Pearl subsequently sent an email informing me of my discharge due to 30 IT violations from downloading evidence. The 30 IT violations listed in my termination letter were from me downloading evidence circumstances in case a situation such as this occurred. Pearl Ricks

---

EEOC No. 461-2025-01561 | FEPA No.

accessed my private Dropbox and attempted to delete the information I saved. III.I believe that I have been discriminated against based on my disability and retaliated against in violation of the Americans with Disabilities Act as amended.

EEOC No. 461-2025-01561 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Whitney N. Gibson
07/29/2025
_____

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.