Statement of Claim

1. Pearl Ricks created a hostile work environment including expressing displeasure with raised voice and unprofessional communication in office from september 2024 to october 2024.

2. Discussed with Shaquita Borden how to handle situation and was advised to submit my accommodations in writing. Upon submission, Pearl issued a reduction in hours from 35 hours to 15 hours via email in October 2024.

3. I contacted Shaquita Borden who then said she needed to consult the Board and legal. I was then contacted by Deon Haywood who agreed to mediate. Upon her call with Pearl Ricks, I was locked out of all company accounts This was followed by a termination email.

## **Supplemental Information**

**What Reason(s) were you given for the action taken against you?**


**Was anyone in a similar situation treated the same, better, or worse than you?**


**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**


**Please tell us any other information about your experience.**