**Back Pay  $58,625**

Cover lost wages from the time of termination to resolution. Termination date was 11/12/2024, a total of 67 week, 2 days. Wages $25.00/hrs. at 35 hours/week

**Benefits $ 750.00**

Health insurance stipend at $50/month. 15.4 months at $50/month

**Emotional Distress**

Mental anguish, anxiety, an pain which contributed to hospital stay and increase visits with mental health professionals.

**Punitive $25,000**

Employer was malicious and reckless in human resource management and personal leadership oversight which allowed violations of civil rights.