THE PARTICULARS ARE:
I began my employment with the above listed Respondent in March 2023 most recently as a Program Manager. During my
employment I was denied reasonable accommodations by Pearl Ricks (Executive Director Reproductive Justice Action). On
November 18, 2024, I was discharged. After I was hired, I requested that all assignments be in writing, and flexibility with
coming into the office due to my medical condition. I further requested assistance with heavy lifting. July 2024 based on my
I also received an iPad and an ergonomic office chair. The iPad was not given to me until 6 weeks
post-delivery while I was reprimanded for not completing the work I could only do with my accommodations being met. The
accommodations were only followed a few weeks at most. All of this was verbally approved in 2024. 1 spoke to Shaquita
Borden to let her know that my accommodation was not being met and she recommended I put them in writing. In October
2024, I submitted a written request for accommodation and shortly after that I received an email stating that my hours would
be reduced from 40 hours a week to 15 hours a week by Pearl Ricks. After I contacted Shaquita again, she stated that she didn't
know what else she could do because I was a contract employee. There was no contract. In October 2024, Pearl blocked me
from all communication. After multiple failed to contact anyone at REJAC, I contacted Shaquita regarding my inability to
contact anyone and was notified that I had to return the property of Reproductive Justice Action. Pearl subsequently sent an
email informing me of my discharge due to 30 IT violations from downloading evidence. The 30 IT violations listed in my
termination letter were from me downloading evidence circumstances in case a situation such as this occurred. Pearl Ricks accessed my private Dropbox account and attempted to delete the information I saved in preparation for an EEOC complaint. I believe that I have been discriminated
against based on my disability and then retaliated against in requesting mediation by way of termination.