**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:45 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Complaint for Employment Discrimination.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:45.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Complaint of Employment Discrimination

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:53 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Statement of Claim.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:52.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Statement of Claim

1

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:43 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Determination and Notice of Rights.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:42.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Notice of Right to sue

## eFile-ProSe

**From:**            Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:**            Monday, March 2, 2026 9:49 PM
**To:**               eFile-ProSe
**Subject:**        New EDSS Filing Submitted
**Attachments:**     Charge of Discrimination.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:48.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Charge of Discrimination

**eFile-ProSe**

| From: | Do Not Reply <do_not_reply@laed.uscourts.gov> |
|---|---|
| Sent: | Monday, March 2, 2026 9:44 PM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Attachments: | Summons WWV.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:43.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Summons

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:44 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Summons Ricks.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:44.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Summons

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:46 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | The Particulars.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:45.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Description

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:48 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Amount Requested.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:48.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Amount Requested

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 2, 2026 9:42 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Civil Cover Sheet.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 2, 2026 - 21:41.

The information for this submission is:

**Filer's Name:** Whitney Gibson

**Filer's Email:** aiden.r.gibson@proton.me

**Filer's Mailing Address:** 3656 Lake Aspen West, Gretna,LA,70056

**Filer's Phone Number:** 5042562296

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Civil Cover Sheet