U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Aug 24 2026
CAROL L. MICHEL
CLERK
cf EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Whitney Nicole Gibson
PLAINTIFF(S)

CIVIL ACTION

VERSUS

No. 26-465

SECTION: "T"(1)

Women with A Vision, ET AL.
DEFENDANT(S)

**MOTION** for Continuance to secure Legal counsel

Now comes Whitney Gibson, respectfully requesting this Honorable Court to grant an extension of 45 days to secure legal counsel. I had a previous attorney withdraw from the case and need additional time for interviews and reviews. Granting the extra time will not unfairly harm the other side.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ________ day of ________________, 20____.

________________________
(SIGNATURE)

[signature]
(Signature)

Whitney Gibson
(Name)

3656 Lake Aspen West
(Address)

Gretna LA 70056
(City) (State) (Zip)

(504) 256-2296
(Telephone)

8/24/26
(Signature Date)