UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WHITNEY NICOLE GIBSON | CIVIL ACTION |
| VERSUS | NO: 26-00465 |
| WOMEN WITH A VISION, et al. | SECTION: T (1) |

**ORDER**

Before the Court is Plaintiff Whitney Nicole Gibson's Motion to Continue the Scheduling Conference for 45 days so that she may obtain counsel. R. Doc. 22.

Accordingly,

**IT IS ORDERED** that the Scheduling Conference is CONTINUED for approximately 45 days. The Court's Case Manager will notice a Scheduling Conference at the appropriate time to select new trial and related dates.

New Orleans, Louisiana, this 25th day of August 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE